**Order entered September 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00834-CV

**JOHN BRIGGS, Appellant**

**V.**

**WASHINGTON FEDERAL F/K/A WASHINGTON FEDERAL SAVINGS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08367**

## ORDER
Before Justices Francis, Myers and Schenck

Before the Court is appellant's Emergency Motion for Reconsideration for Oral Argument. We **DENY** the motion.

/s/    MOLLY FRANCIS
        JUSTICE